Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN – 323530)
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff*

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendants*

**OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

|  |  |
|---|---|
| DARWIN CRABTREE | Case No: 2:20-cv-00675-KJM-KJN |
| Plaintiff, | STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION |
| vs. | |
| COUNTY OF BUTTE, KRISTIN MCNELIS, KATHARYN SCHWARTZ, EDWARD SZENDREY, JANE DOE, AND JOHN DOES 1-20. | |
| Defendants. | |

1

## 1. PURPOSE

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure and any other applicable orders and rules.

## 2. COOPERATION

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter.

## 3. LIAISON

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI.  Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

## 4. PRESERVATION

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a) The parties will agree on the number of custodians per party for whom ESI will be preserved;

b) These data sources are not reasonably accessible because of undue burden or cost pursuant to Fed. R. Civ. P. 26(b)(2)(B) and ESI from these sources will be preserved but not searched, reviewed, or produced: systems no longer in use that cannot be accessed;

c) Among the sources of data the parties agree are not reasonably accessible, the parties agree not to preserve the following: systems no longer in use that cannot be accessed and digital voicemail.

## 5. PRODUCTION FORMATS

The parties agree to produce documents in ☒ PDF, ☒TIFF, ☒native and/or ☐paper or a combination thereof (check all that apply)] file formats. If particular documents warrant a

different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process, and to produce documents in their native format where possible.

**6. PHASING**

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to phase the production of ESI and the initial production will be from the following sources and custodians: Darwin Crabtree (Plaintiff), the County of Butte's central electronic records database for the Butte County District Attorney's Office and Butte County Department of Behavioral Health, Edward Szendrey, Katharyn Schwartz, and Kristin Simpson McNelis (Defendants). The parties will cooperate in identifying the dates for which electronic records databases exist and any purging of records which has occurred pursuant to applicable law and/or County practice or policy. Following the initial production, the parties will continue to prioritize the order of subsequent productions.

**7. DOCUMENTS PROTECTED FROM DISCOVERY**

a) Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b) Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

**8. MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  August 24, 2020

By: /s/  Brandt Silver-Korn

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
Brandt Silver-Korn
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300 / Fax: 415.373.9435

*Attorneys for Plaintiff*

Dated:  August 24, 2020

By: /s/  Stephen E. Horan (as authorized on 08/24/20)

Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
PORTER SCOTT
A PROFESSIONAL CORPORATION
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendants*

4

1

**ORDER**

2        IT IS SO ORDERED, with the clarification that, pursuant to Local Rule 141.1(f), the

3    court will not retain jurisdiction over enforcement of the terms of this stipulated order after the

4    action is terminated.

5    Dated:  August 25, 2020

6

7                                              _____
                                               KENDALL J. NEWMAN
8                                              UNITED STATES MAGISTRATE JUDGE

9

10   /675.stipO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28