1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

DARWIN CRABTREE,

No.  2:20–cv–0675–KJM–KJN

12

Plaintiff,

ORDER

13

v.

(ECF No. 46)

14

COUNTY OF BUTTE, et al.,

15

Defendants.

16

17     On April 15, 2021, the undersigned held an informal telephonic discovery conference with

18  the parties.  Brandt Silver-Korn appeared on behalf of plaintiff; and Matthew Gross and Stephen

19  Horan appeared for defendants.  Based on the discussion with the parties, the court now ORDERS

20  that:

21    1.  As to defendants' Requests for Production of Documents Nos. 9, 10, and 13, no later than

22        **12:00 Noon on Friday, April 23, 2021**, plaintiff's counsel shall

23          a.  Provide defense counsel further information on the quantity of responsive

24              materials (photographs, videos, and written communications)  from each of the

25              relevant periods in question; and

26          b.  If reasonably practicable, produce all responsive materials from the periods for

27              which a relatively small number of materials exist, within the parameters discussed

28              during the conference; and

1

2. As to the privilege log documents raised in the parties' Joint Letter, no later than **12:00 Noon on Monday, April 19, 2021**, plaintiff shall produce the email identified by the court as not protected work product, along with its attachments; and

3. This order resolves ECF No. 46.

Dated: April 16, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

crab.0675