Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN – 323530)
bsilverkorn@edelson.com
Lily E. Hough (SBN – 315277)
lhough@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: 415.212.9300
Facsimile: 415.373.9435

*Counsel for Plaintiff*

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN CRABTREE,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF BUTTE, KRISTIN MCNELIS, KATHARYN SCHWARTZ, EDWARD SZENDREY, JANE DOE, AND JOHN DOES 1-20.<br><br>    Defendants. | Case No.: 2:20-cv-00675-KJM-KJN<br><br>**STIPULATION AND ORDER FOR REFERRAL TO MAGISTRATE JUDGE CAROLYN K. DELANEY FOR SETTLEMENT CONFERENCE AND TO CONTINUE DEADLINES** |

1

Plaintiff Darwin Crabtree ("Plaintiff") and Defendants County of Butte, Kristin McNelis, Katharyn Schwartz, and Edward Szendrey (collectively "Defendants"), by and through their respective undersigned counsel, respectfully request that this Court enter an Order referring them to Magistrate Judge Carolyn K. Delaney for a settlement conference and continuing all case deadlines by 60 days. In support of the instant stipulated request, the parties state as follows:

1. WHEREAS, the parties have agreed to mediate this matter before Magistrate Judge Carolyn K. Delaney and, accordingly, request a referral so that a settlement conference can be scheduled;

2. WHEREAS, the parties have obtained Magistrate Judge Delaney's availability for a settlement conference from her Courtroom Deputy and anticipate that the settlement conference will take place on or before January 18, 2021;

3. WHEREAS, non-expert discovery in this case is scheduled to close on January 24, 2022 (Dkt. 54.);

4. WHERAS, because the parties have agreed to mediate this matter, they have likewise agreed that all case deadlines should be continued pursuant to Local Rule 144. A continuance of the upcoming deadlines would serve to preserve judicial and party resources by eliminating the need to conclude depositions and file discovery motions and allowing the parties to focus their efforts on preparing for and participating in the anticipated settlement conference with Magistrate Judge Delaney;

5. WHEREAS, the parties agree to file a Joint Status Report no later than February 1, 2022, notifying the Court of the status of their attempts to resolve the case;

6. WHEREAS, there have been two previous time modification to these deadlines in this case (Dkts. 52, 54).

**IT IS SO STIPULATED** (*subject to Court Order*)**.**

Dated: November 24, 2021                           PORTER | SCOTT
                                                                       A PROFESSIONAL CORPORATION


                                                                       By     s/ Matthew W. Gross

2

JOINT STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE CAROLYN K. DELANEY FOR SETTLEMENT CONFERENCE AND TO MODIFY DEADLINES; ORDER

|   |   |
|---|---|
| 1 | Stephen E. Horan |
| 2 | William E. Camy |
|   | Matthew W. Gross |
| 3 |   |
|   | Attorneys for Defendants COUNTY OF BUTTE, |
| 4 | KRISTIN MCNELIS, KATHARYN SCHWARTZ |
|   | and EDWARD SZENDREY |

Dated: November 22, 2021          EDELSON PC

By____s/ Lily E. Hough_____

Rafey S. Balabanian
Todd Logan
Brandt Silver-Korn
Lily E. Hough

Attorneys for Plaintiff Darwin Crabtree

3

**ORDER**

Upon review of the Joint Stipulation for Referral to Magistrate Judge Carolyn K. Delaney for Settlement Conference and to Modify Deadlines and finding Good Cause therefore, the Court hereby orders as follows:

1. This matter is hereby referred to Magistrate Judge Carolyn K. Delaney for a settlement conference;
2. The parties are instructed to submit a Joint Status Report by February 1, 2022;
3. The non-expert discovery deadline shall be extended until March 25, 2022;
4. The expert disclosure deadline shall be extended until April 20, 2022;
5. The expert rebuttal discovery deadline shall be extended until May 25, 2022;
6. The dispositive motion deadline shall be extended to July 13, 2022 with the last day to hear dispositive motions on August 24, 2022; and
7. The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness: the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

**IT IS SO ORDERED.**

DATED:   November 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE CAROLYN K. DELANEY FOR SETTLEMENT CONFERENCE AND TO MODIFY DEADLINES; ORDER