**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants, COUNTY OF BUTTE, KRISTIN MCNELIS, KATHARYN SCHWARTZ
and EDWARD SZENDREY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DARWIN CRABTREE,

       Plaintiff,

v.

COUNTY OF BUTTE, KRISTIN
MCNELIS, KATHARYN SCHWARTZ,
EDWARD SZENDREY, JANE DOE, AND
JOHN DOES 1-20,

       Defendants.

_____/

Case No.: 2:20-cv-00675-KJM-KJN

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

Complaint Filed: 12/10/19

{02615956.DOCX}                                     1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

1    **Whereas**, on January 10, 2022, the parties attended a Settlement Conference before Magistrate
2 Judge Carolyn Delaney and agreed to a settlement. (ECF 60.)

3    **Whereas**, the Court issued an Order for Dispositional documents to be filed within 30 days of
4 the Settlement Conference, or by February 9, 2022. (ECF 60.)

5    **Whereas**, the parties have prepared a comprehensive Settlement Agreement and Release and
6 are in the process of executing the same.

7    **Whereas**, the Defendants need additional time to execute the Settlement Agreement and
8 Release and to issue the settlement payment prior to Plaintiff filing Dispositional documents.

9    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, by and
10 through their respective counsel of record, that (subject to Court Order) the deadline to file dispositional
11 documents is extended by three weeks until March 2, 2022.

Dated: February 9, 2022                    EDELSON PC

                                           By   /s/ *Brandt Silver-Korn*
                                               Rafey S. Balabanian
                                               Todd Logan
                                               Brandt Silver-Korn
                                               Lily Hough
                                               Attorneys for Plaintiff Darwin Crabtree

Dated: February 9, 2022                    PORTER | SCOTT
                                           A PROFESSIONAL CORPORATION

                                           By /s/ *William E. Camy*
                                               William E. Camy
                                               Matthew W. Gross
                                               Attorneys for Defendants COUNTY OF BUTTE,
                                               KRISTIN MCNELIS, KATHARYN SCHWARTZ
                                               and EDWARD SZENDREY

1

## <u>ORDER</u>

2

3    Good cause appearing, **IT IS ORDERED** that the deadline for the parties to file Dispositional
documents is extended by three weeks to March 2, 2022.

4

5    DATED:  FEBRUARY 9, 2022

6                                                                    _____
                                                                    CAROLYN K. DELANEY
7                                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS